UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

Clerk, Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

C 07 4831 CW (PR)

RE:       DOUGLAS OBUJEN vs. ON HABEAS CORPUS
USDC No.: 1:07-CV-01309-AWI-DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated September 14, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

> Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**September 14, 2007**          /s/ C. Esteves
_____
Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER:    _____