Aug. 30, 07 Thurs.

Please Note

**FILED**
SEP 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Please send any responses to the documents herein, to the following address:

1:07-CV-1309-AWI-DLB-HC

M.G. Obujen
1200 Dale Ave., Apt. 30
Mountain View, Calif.
94040    Ph. 650-903-0622

as my release date will be in the latter part of Sept. - if not earlier. I will be living at the above address with my father and will be able to respond to your responses much more readily.

Please Note:
I will send a second copy soon thereafter, of the first copy when I receive some awaited stamps.

Thank You