CLOSED, HABEAS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01309-AWI-DLB

(HC) Obujen v. On Habeas Corpus  
Assigned to: Judge Anthony W. Ishii  
Referred to: Magistrate Judge Dennis L. Beck  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/06/2007  
Date Terminated: 09/14/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Douglas Obujen**    represented by   **Douglas Obujen**  
V-07310  
AVENAL STATE PRISON (9)  
P. O. BOX 9  
AVENAL, CA 93204  
PRO SE

V.

**Respondent**

**On Habeas Corpus**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2007 | 1 | PETITION for WRIT of HABEAS CORPUS by Douglas Obujen.(Flores, E) (Entered: 09/13/2007) |
| 09/06/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Douglas Obujen. (Flores, E) (Entered: 09/13/2007) |
| 09/06/2007 | 3 | FUTURE NOTICE of CHANGE of ADDRESS by Douglas Obujen. (Flores, E) (Entered: 09/13/2007) |
| 09/14/2007 | 4 | ORDER, CASE TRANSFERRED to District of CA/Northern signed by Judge Dennis L. Beck on 09/14/2007. CASE CLOSED. (Esteves, C) (Entered: 09/14/2007) |
| 09/14/2007 |   | SERVICE BY MAIL: 4 Order, Case Transferred Out to Northern District served on Douglas Obujen. (Esteves, C) (Entered: 09/14/2007) |
| 09/14/2007 | 5 | TRANSMITTAL of DOCUMENTS on *9/14/2007* to * Clerk, Northern District of California* *450 Golden Gate Avenue* *San Francisco, California 94102*. ** *Electronic Documents: 1 to 4. *. (Esteves, C) (Entered: 09/14/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/21/2007 12:28:04 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-01309-AWI-DLB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |