IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS OBUJEN,

    Plaintiff,

  v.

NICK DAWSON, Warden,

    Defendant.
_____/

No. C 07-04831 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    Dated at Oakland, California, this 18th day of January, 2008.

RICHARD W. WIEKING
Clerk of Court

By: _____
SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS OBUJEN,

        Plaintiff,

v.

AVENAL STATE PRISON et al,

        Defendant.

Case Number: CV07-04831 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Obujen
V-07310
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Dated: January 18, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk